UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PETER A. HOCHSTEIN,
JEFFREY TENENBAUM and
HAROLD W. MILTON, JR.          CASE NO. 04-73071
                                PAUL D. BORMAN
                                UNITED STATES DISTRICT JUDGE

        Plaintiffs,

-vs-

MICROSOFT CORPORATION and
SONY COMPUTER ENTERTAINMENT
AMERICA, INC.,

        Defendants.
_____/

## ORDER DENYING DEFENDANTS' JOINT MOTION FOR EXTENSION OF THE PAGE LIMIT WITH RESPECT TO SUMMARY JUDGMENT BRIEFING

On joint motion Defendants Sony Computer Entertainment America Inc., and Microsoft Corporation seek leave to file a thirty-five page brief in support of its motion for summary judgment. Upon consideration of the motion and the applicable law;

IT IS ORDERED that Defendants' Motion for Leave to File Brief in Excess of Twenty Pages is DENIED. Motions, and briefs in support thereof, filed by Defendants shall comply with Local Rule 7.1.

**SO ORDERED.**

        s/Paul D. Borman
        PAUL D. BORMAN
        UNITED STATES DISTRICT JUDGE

Dated: June 13, 2005

### CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on June 14, 2005.

        s/Jonie Parker
        Case Manager