UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PETER A. HOCHSTEIN, ET AL.,

       Plaintiffs,                    CASE NO. 04-CV-73071
                                               PAUL D. BORMAN
-vs-                                 UNITED STATES DISTRICT JUDGE

MICROSOFT CORP., ET AL.,

       Defendants.
_____/

**ORDER CONCERNING POTENTIAL OBJECTIONS**
**TO THE SPECIAL MASTER'S REPORT**

       The Court ORDERS that Defendants have twenty (20) days from the date of this Order to file Objections, if any, to the January 26, 2007 Special Master's Report. Plaintiffs will have twenty (20) days from the filing of Defendants' Objections to file a Response. The briefs shall be no more than twenty (20) pages in length. The briefs shall not refer the Court to portions of previous pleadings in support of their arguments. Footnotes must be the same font and font size as the brief text. The Court will not permit replies.

**SO ORDERED.**

                                              s/Paul D. Borman
                                              PAUL D. BORMAN
                                              UNITED STATES DISTRICT JUDGE

Dated: February 1, 2007

                             CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on February 1, 2007.

                                              s/Denise Goodine
                                              Case Manager