UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PETER A. HOCHSTEIN, ET AL.,

      Plaintiffs,                        CASE NO. 04-CV-73071

-vs-                                  PAUL D. BORMAN
                                     UNITED STATES DISTRICT JUDGE

MICROSOFT CORPORATION, ET AL.,

      Defendants.
_____/

**ORDER
(1) DENYING PLAINTIFFS' MOTION FOR LEAVE TO FILE A SUPPLEMENTAL
BRIEF ADDRESSING *KSR INT'L CO. V. TELEFLEX INC*.;
(2) DENYING DEFENDANT MICROSOFT CORP.'S MOTION FOR LEAVE TO FILE
A SUPPLEMENTAL BRIEF ON THE FEDERAL CIRCUIT'S DECISION IN
*BIOMEDINO, L.L.C. V. WATERS TECHS. CORP*.**

Before the Court are (1) Plaintiffs' Motion for Leave to File a Supplemental Brief Addressing *KSR Int'l Co. v. Teleflex Inc.*, 127 S. Ct. 1727 (2007) (Doc. No. 228); and (2) Defendant Microsoft Corp.'s Motion for Leave to File a Supplemental Brief on the Federal Circuit's Decision in *Biomedino, L.L.C. v. Waters Techs. Corp.*, – F.3d –, 2007 WL 1732121 (Fed. Cir. June 18, 2007) (Doc. No. 233).

Having considered the parties' arguments, the Court **DENIES** both motions.

**SO ORDERED.**

                                        s/Paul D. Borman
                                        PAUL D. BORMAN
                                        UNITED STATES DISTRICT JUDGE

Dated: June 28, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on June 28, 2007.

                                                      s/Denise Goodine
                                                     Case Manager