# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

PETER A. HOCHSTEIN, ET AL.,

        Plaintiffs,                CASE NO.  04-CV-73071

-vs-                               PAUL D. BORMAN
                                      UNITED STATES DISTRICT JUDGE

MICROSOFT CORPORATION, ET AL.,

        Defendants.

_____/

### ORDER (1) REVERSING THE COURT'S JUNE 28, 2007 ORDER DENYING DEFENDANT SCEA'S MOTION FOR LEAVE TO FILE A SUPPLEMENTAL BRIEF; (2) GRANTING DEFENDANT SCEA'S MOTION FOR LEAVE TO FILE A SUPPLEMENTAL BRIEF; AND (3) PERMITTING PLAINTIFFS TO FILE A SUPPLEMENTAL BRIEF IN RESPONSE

Upon reconsideration of the Court's June 28, 2007 Order Denying Defendant SCEA's

Motion for Leave to File a Supplemental Brief, the Court **REVERSES** the June 28 Order;

**GRANTS** Defendant SCEA's June 25, 2007 Motion for Leave to File a Supplemental Brief

(Doc. No. 233); and **PERMITS** Plaintiffs to file a Response brief, not to exceed five (5) pages,

to address the possible relevance pf the recent Federal Circuit decision *Biomedino, L.L.C. v.*

*Waters Techs Corp.*, – F.3d –, 1732121 (Fed. Cir. June 18, 2007) to the instant case, within

fourteen (14) days of this Order.

**SO ORDERED.**


                                    s/Paul D. Borman
                                    PAUL D. BORMAN
                                    UNITED STATES DISTRICT JUDGE

Dated:  July 27, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on July 27, 2007.

s/Denise Goodine
Case Manager