# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

PETER A. HOCHSTEIN, et al,

       Plaintiffs,                          CASE NO. 04-CV-73071

-vs-                                     PAUL D. BORMAN
                                        UNITED STATES DISTRICT JUDGE

MICROSOFT CORPORATION, et al.,

       Defendants.
_____/

## ORDER OF APPOINTMENT AND REFERENCE TO THE SPECIAL MASTER DEFENDANT'S MOTION FOR LEAVE TO FILE A PARTIAL SUMMARY JUDGMENT MOTION

    Before the Court is Defendant Microsoft Corporation's ("Defendant") April 22, 2008 Motion for Leave to File a Partial Summary Judgment Motion. (Doc. No. 252). The parties have consented to this Court's referral of Defendant's motion to Special Master Professor Paul M. Janicke. Pursuant to Fed. R. Civ. P. 53, the Special Master will conduct a hearing on Defendant's motion on July 18, 2008, at 9:30 a.m. in the Court's courtroom. The Court will address the Special Master's specific requirements under Rule 53 at the time and date of the hearing.

**SO ORDERED.**

                                                      s/Paul D. Borman
                                                      PAUL D. BORMAN
                                                      UNITED STATES DISTRICT JUDGE

Dated: July 9, 2008

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on July 9, 2008.

                                          s/Denise Goodine
                                          Case Manager