UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PETER A. HOCHSTEIN, et al,

       Plaintiffs,                        CASE NO. 04-CV-73071

-vs-                                            PAUL D. BORMAN
                                                  UNITED STATES DISTRICT JUDGE

MICROSOFT CORPORATION, et al.,

       Defendants.
_____/

## ORDER REGARDING TRIAL TIME LIMITS

Having considered the appropriate lengths of time for the parties to present their respective cases, the Court **ORDERS** the following:

(1)     The trial will be bifurcated into a liability phase and a damages phase. If the jury finds that Defendant is liable on Plaintiff's claim(s), the same jury will consider the appropriate amount of damages in a separate damages proceeding.

(2)     Opening statements will be limited to forty (40) minutes per side.

(3)     In the liability phase of the case – the issues of infringement (Plaintiff) and invalidity (Defendant) – each party will be limited to a total of twenty (20) hours. This includes its case-in-chief, its defense to the adversary's claim, and its rebuttal. Specifically stated, each party will have a total of twenty hours, totally encompassing its claim, and its defense to its adversary's claim.

**SO ORDERED.**

                                                               s/Paul D. Borman
                                                                PAUL D. BORMAN
                                                               UNITED STATES DISTRICT JUDGE

Dated: July 28, 2008

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on July 28, 2008.

s/Denise Goodine
Case Manager