**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

PETER A. HOCHSTEIN, et al,

       Plaintiffs,                        CASE NO. 04-CV-73071

-vs-                                       PAUL D. BORMAN
                                         UNITED STATES DISTRICT JUDGE

MICROSOFT CORPORATION, et al.,

       Defendants.
_____/

## **ORDER**

    First issue on the agenda for the 2:00 p.m. hearing, Wednesday, August 6, 2008:

    Hochstein's motion to compel XBox 360 financials and consolidate cases.

    **SO ORDERED.**

                                                      s/Paul D. Borman
                                                      PAUL D. BORMAN
                                                      UNITED STATES DISTRICT JUDGE

Dated: August 5, 2008

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on August 5, 2008.

                                                      s/Denise Goodine
                                                     Case Manager