**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

PETER A. HOCHSTEIN, et al,

        Plaintiffs,                               CASE NO. 04-CV-73071

-vs-                                                PAUL D. BORMAN
                                                        UNITED STATES DISTRICT JUDGE

MICROSOFT CORPORATION, et al.,

        Defendants.
_____/

## NOTICE TO THE PARTIES CONCERNING THE SPECIAL MASTER'S SUPPLEMENTAL REPORT AND RECOMMENDATION

At the August 6, 2008 motion hearing, the parties agreed that the Special Master's supplemental R&R appears to have a typographical error at paragraph 11. The parties stipulated that instead of stating "Hochstein contends that the specification, read in its entirety, discloses the voice and communication. . . ." the passage should commence "Microsoft contends." On August 7, 2008, the Court held a telephone conference with the Special Master on this sole issue, and he agreed that the passage should state "Microsoft" and not "Hochstein." The supplemental R&R is hereby to be considered amended accordingly.[1]

**SO ORDERED.**

                                                               s/Paul D. Borman
                                                               PAUL D. BORMAN
                                                               UNITED STATES DISTRICT JUDGE

Dated: August 8, 2008

---

[1] The Court previously provided the parties with a sample copy of the jury instructions in *Medtronic v. Boston Scientific*. Today, I am providing a sample copy of the verdict form in the case.

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on August 8, 2008.

                                                    s/Denise Goodine  
                                                    Case Manager