# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

HOCHSTEIN et al.,

        Plaintiffs,                Case Number: 04-73071

v.                                        JUDGE PAUL D. BORMAN
                                                UNITED STATES DISTRICT COURT

MICROSOFT CORPORATION,

        Defendant.
_____ /

## ORDER
## STRIKING DEFENDANT'S MOTION FOR RECONSIDERATION ON SEALED MOTION (DOC. NO. 425)

Microsoft filed a Motion for Clarification or Reconsideration of the Court's May 21, 2009 Order Concerning Invalidity and Rolling Production. (Doc. No. 425). Microsoft's motion is untimely. Accordingly, the Court **STRIKES** Microsoft's motion.

        SO ORDERED.


                                                S/Paul D. Borman
                                                PAUL D. BORMAN
                                                UNITED STATES DISTRICT JUDGE

Dated: June 29, 2009

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on June 29, 2009.

                                                S/Denise Goodine
                                                Case Manager