# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

HOCHSTEIN, et al.,

                Plaintiffs,                Case Number:04-73071

v.                                      JUDGE PAUL D. BORMAN
                                      UNITED STATES DISTRICT COURT

MICROSOFT CORPORATION,

                Defendant.

_____ /

## ORDER SETTING BRIEF HEARING ON MICROSOFT CORPORATION'S SUBMISSION OF REBUTTAL EVIDENCE PURSUANT TO RULE 53(F) IN SUPPORT OF SPECIAL MASTER GRAUER'S CONSTRUCTION OF THE TERM "ELECTRICALLY CONNECTED" (DOC. NO. 488)

      The Court will hear brief argument from the parties on Microsoft Corporation's

Submission of Rebuttal Evidence Pursuant to Rule 53(f) in Support of Special Master Grauer's

Construction of the Term "Electrically Connected" (Doc. No. 488) on July 8, 2009, at 8:30 a.m.

No more than ten minutes per side.

      SO ORDERED.

                                   S/Paul D. Borman_____
                                   PAUL D. BORMAN
                                   UNITED STATES DISTRICT JUDGE

Dated:  July 7, 2009

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on July 7, 2009.

S/Denise Goodine
Case Manager