UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HOCHSTEIN et al.,

        Plaintiffs,        Case Number: 04-73071

v.        JUDGE PAUL D. BORMAN
        UNITED STATES DISTRICT COURT

MICROSOFT CORPORATION,

        Defendant.
_____ /

**ORDER STAYING ANY ADDITIONAL BRIEFING UNTIL THE COURT RULES ON THE TWO MOTION ARGUED JULY 8, 2009 – DEFENDANT'S MOTIONS IN LIMINE (1) AND (2)**

    At the July 8, 2009 hearing, Court set a briefing schedule for additional matters.

    After further consideration, the Court has decided to stay any and all briefing until it has ruled on Defendant's Motions In Limine Nos. 1 and 2, which were argued at the July 8, 2009 hearing. After the Court issues rulings, it will hold a telephonic status conference with the parties.

    SO ORDERED.

                          S/Paul D. Borman
                          PAUL D. BORMAN
                          UNITED STATES DISTRICT JUDGE

Dated: July 9, 2009

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on July 9, 2009.

                                                S/Denise Goodine
                                                Case Manager