UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HOCHSTEIN et al.,

        Plaintiffs,        Case Number: 04-73071

v.        JUDGE PAUL D. BORMAN
        UNITED STATES DISTRICT COURT

MICROSOFT CORPORATION,

        Defendant.
_____ /

## ORDER CONSTRUING THE TERM "ELECTRICALLY CONNECTED"

Pursuant to Federal Rule of Civil Procedure 53(f), on July 8, 2009, the Court heard oral argument on the Court's construction of the term "electrically connected." The Court had previously construed the term "electrically connected" in a July 6, 2009 order, at the request of the parties.

For the reasons stated on the record, the Court adopts the following construction of "electrically connected": "Joined by an electrically conductive connector or a capacitor, as distinguished from being joined merely through electromagnetic induction or radio waves."

    SO ORDERED.

        S/Paul D. Borman
        PAUL D. BORMAN
        UNITED STATES DISTRICT JUDGE

Dated: July 9, 2009

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on July 9, 2009.

                                            S/Denise Goodine
                                            Case Manager