# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

HOCHSTEIN et al.,

        Plaintiffs,        Case Number: 04-73071

v.        JUDGE PAUL D. BORMAN
        UNITED STATES DISTRICT COURT

MICROSOFT CORPORATION,

        Defendant.
_____ /

## **ORDER**

      The Court stated at a recent pretrial hearing that the parties were required to seek leave of the Court prior to filing additional motions. This continues in effect until after the Court issues its rulings on the two motions argued on July 8, 2009.

      SO ORDERED.

      S/Paul D. Borman
      PAUL D. BORMAN
      UNITED STATES DISTRICT JUDGE

Dated: July 15, 2009

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on July 15, 2009.

      S/Denise Goodine
      Case Manager