# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

PETER A. HOCHSTEIN, et al.,

        Plaintiffs,                Case Number: 04-73071

v.                                      JUDGE PAUL D. BORMAN
                                        UNITED STATES DISTRICT COURT

MICROSOFT CORPORATION,

        Defendant.
_____ /

## ORDER REQUIRING DEFENDANT MICROSOFT TO RESPOND TO HOCHSTEIN'S JULY 21, 2009 MOTION FOR RECONSIDERATION OF THE COURT'S ORDER CONSTRUING "ELECTRICALLY CONNECTED"

The Court ORDERS Defendant Microsoft to file a response of up to 20 pages to the above-noted Hochstein Motion for Reconsideration, by September 3, 2009.

    SO ORDERED.


                                            S/Paul D. Borman
                                            PAUL D. BORMAN
                                            UNITED STATES DISTRICT JUDGE

Dated: August 19, 2009

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on August 19, 2009.

                                                S/Denise Goodine
                                                Case Manager